IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PETER BEASLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:13-CV-4972-M-BF |
| | § | |
| JOHN KRAFCISIN, JOHN BRANSFIELD, | § | |
| ANA-MARIA DOWNS, and HANOVER | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 25, 2014, and the Plaintiff's Objections thereto, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.  Plaintiff's Objections are overruled.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.  The motions to dismiss filed by Defendants Hanover Insurance Company, John Krafcisin, John Bransfield, and Ana-Maria Downs (Doc.8, 10, 12, and 19) are GRANTED.  Plaintiff's claims for injunctive and declaratory relief are DISMISSED without prejudice under the *Younger* abstention doctrine; Plaintiff's claims for damages are DISMISSED without prejudice under Rule 12(b)(3) for improper venue.

**SO ORDERED** this 17th day of September, 2014.

_____
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**